# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| YDD CORPORATION LLP | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | Court No. 25-XXX |
| Defendant. | : | |
| | : | **SUMMONS** |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

      /s/ Mario Toscano
      Clerk of the Court

## Name and Standing of Plaintiffs

1. Plaintiff in this action, YDD Corporation LLP, is a producer and exporter of ferrosilicon (the "subject merchandise") from Kazakhstan. Plaintiff participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Plaintiff was an interested party within the meaning of 19 U.S.C. § 1677(9)(A). As a party that actively participated in the U.S. Department of Commerce's investigation, which resulted in the contested determination, Plaintiff therefore has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## Brief Description of Contested Determination

2. Plaintiff contests Commerce's final determination in the Less-Than-Fair-Value Investigation on *Ferrosilicon From Kazakhstan*. *See Ferrosilicon from Kazakhstan: Final Affirmative Determination of Sales at Less-Than-Fair-Value and Final Negative Determination of Critical Circumstances*, 90 Fed. Reg. 14077 (Dep't of Commerce March 28, 2025).

   This determination is reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the Federal Register of the *Antidumping Duty Order*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

**Date of Contested Determination**

3. Commerce issued its *Final Determination* on March 28, 2025 and published its *Antidumping Duty Order* on May 20, 2025. *See Ferrosilicon From Brazil, Kazakhstan, and Malaysia: Antidumping Duty Orders*, 90 Fed. Reg. 21,456 (Dep't of Commerce May 20, 2025).

 

/s/ Matthew McConkey
Matthew McConkey

Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
mmcconkey@mayerbrown.com
+1 202-263-3235

*Counsel to YDD Corporation LLP*

Dated: June 6, 2025

# SERVICE OF SUMMONS BY THE CLERK

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

# NOTICE TO INTERESTED PARTIES

   I, Matthew J. McConkey, certify that on June 6, 2025, pursuant to CIT Rule 3(f), I notified the interested parties listed below, who were party to the decision being contested, by mailing copies of the foregoing Summons by certified mail, return receipt requested.

Adam Henry Gordon, Esq.
Representative of CC Metals and Alloys, LLC and Ferroglobe USA, Inc.
The Bristol Group PLLC
1707 L Street, NW
Suite 1050
Washington, DC 20036
Phone: 202-991-2701
Email: adam.gordon@bristolgrouplaw.com

Christine M. Streatfeild, Esq.
Representative of TNC Kazchrome JSC
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Phone: 202-452-7000
Email: christine.streatfeild@bakermckenzie.com

Yohai Baisburd, Esq.
Representative of TELF AG
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW Suite 300
Washington, DC 20037
Phone: 202-567-2306
Email: ybaisburd@cassidylevy.com

Elmira Syzdykova
Ministry of Trade and Integration of the Republic of Kazakhstan
8 Mangilik El av., entrance 6
Nur-Sultan, 010000
Phone: 77172742986
Email: e.syzdykova@mti.gov.kz